# THE WEITZ LAW FIRM, P.A.

Bank of America Building<br>
18305 Biscayne Blvd., Suite 214<br>
Aventura, Florida 33160

April 17, 2020

**VIA CM/ECF**
Honorable Magistrate Judge Robert W. Lehrburger
United States District Court
Southern District of New York
500 Pearl Street - Courtroom 18D
New York, NY 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/28/2020
```

      **Re:    Vuppala v. Tapestry Management LLC, d/b/a Rahi Indian Restaurant, et al**
            **Case 1:19-cv-04246-PAE-RWL**

Dear Judge Lehrburger:

      The undersigned represents the Plaintiff in the above-captioned case matter.

      Due to the ongoing national health crisis caused by the COVID-19 pandemic, coupled with the mandated closure/"PAUSE" of non-essential public businesses in New York City, which has adversely affected the business in this matter, it is very difficult for the parties to proceed in this matter with discovery and productive settlement negotiations at this time.

      Therefore, Plaintiff's undersigned counsel hereby respectfully requests that the Court grant an additional thirty (30) day stay of all deadlines and/or any Conference in this matter, which would also coincide with the recent New York "PAUSE" extension of May 15, 2020. The undersigned has conferred with opposing counsel who consent to this request.

      The Court may wish to note that this is undersigned counsel's second request to stay this matter. Thank you for your consideration of this unfortunate, but necessary request.

<span style="color:red">The parties' request for a 30-day adjournment of the Initial Pretrial Conference currently scheduled for May 7, 2020 is GRANTED. The parties are directed to coordinate with the Courtroom Deputy of the undersigned to find a suitable date for the Initial Pretrial Conference in June 2020. The Court is not likely to grant further adjournments of the Initial Pretrial Conference.</span>

Sincerely,

By: /S/ B. Bradley Weitz
     B. Bradley Weitz, Esq. (BW 9365)
     THE WEITZ LAW FIRM, P.A.
     18305 Biscayne Blvd., Suite 214
     Aventura, Florida 33160
     Tel.: (305) 949-7777
     Fax: (305) 704-3877
     Email: bbw@weitzfirm.com

SO ORDERED:
4/28/2020 /s/ _____
HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE