USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/24/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
KIRAN VUPPALA,

                 Plaintiff,

    - against -

TAPESTRY MANAGEMENT LLC, et al.,

                Defendants.
-------------------------------------------------------------X

19-CV-4246 (JPC) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

    Defendant has requested a pre-motion conference with Judge Cronan to discuss an intended motion to dismiss and has also requested stay of mediation pending decision on the motion to dismiss. Absent a determination that the motion to dismiss will not be filed, mediation is stayed pending decision on the motion.

                          SO ORDERED.

                          _____
                          ROBERT W. LEHRBURGER
                          UNITED STATES MAGISTRATE JUDGE

Dated: November 24, 2020
       New York, New York