UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------X
:
KIRAN VUPPALA, :
:
                      Plaintiff, :          19-CV-4246 (JPC)
:
      -v- :          ORDER
:
TAPESTRY MANAGEMENT LLC et al., :
:
                    Defendants :
:
------------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

      The Court is in receipt of Defendants' letter-motion requesting a pre-motion conference in advance of its forthcoming Motion to Dismiss (Dkt. 60) and Plaintiff's response to Defendant's pre-motion letter (Dkt. 66).  Upon reviewing the parties' letters, the Court finds that a pre-motion conference is not necessary, and that Defendants may proceed in filing the Motion to Dismiss. Defendants' motion papers are due by January 11, 2021.  Plaintiff's opposition papers are due by January 25, 2021.  Defendants' reply papers, if any, are due February 1, 2021.

      In accordance with the Court's Individual Rules and Practices for Civil Cases, requests for extensions or adjournment may be made only by letter-motion filed on ECF and must be received at least 48 hours (*i.e.*, two business days) before the deadline or scheduled appearance, absent compelling circumstances.  The written submission must state (1) the original date(s) set for the appearance or deadline(s) and the new date(s) requested; (2) the reason(s) for the request; (3) the number of previous requests for adjournment or extension; (4) whether these previous requests were granted or denied; and (5) whether opposing counsel consents, and, if not, the reasons given

by opposing counsel for refusing to consent.

    SO ORDERED.

Dated: December 22, 2020
       New York, New York

                                    JOHN P. CRONAN
                            United States District Judge