```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/8/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
KIRAN VUPPALA,                              :
                                            :     19-CV-4246 (JPC) (RWL)
                          Plaintiff,        :
                                            :
        - against -                         :     **ORDER**
                                            :
TAPESTRY MANAGEMENT LLC, et al.,            :
                                            :
                          Defendants.       :
------------------------------------------------------------X

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

The Court is in receipt of Helbraun & Levey's motion for leave to withdraw as counsel for Vandelay 60 Greenwich LLC, Paige Properties LLC, Oyster Bay 777 LLC, RG 60 Greenwich LLC, and D 60 Greenwich LLC.

Any responses shall be submitted by February 22, 2021. Absent opposition, the motion will be granted, at which point Vandelay 60 Greenwich LLC, Paige Properties LLC, Oyster Bay 777 LLC, RG 60 Greenwich LLC, and D 60 Greenwich LLC will be given twenty-one (21) days to find new counsel. Corporate entities cannot appear pro se and will be subject to default judgment if new counsel does not appear.

Helbraun & Levey is ordered to serve all defendants with a copy of this order.

                                SO ORDERED.

                                _____
                                ROBERT W. LEHRBURGER
                                UNITED STATES MAGISTRATE JUDGE

Dated: New York, New York
       February, 2021