UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
:
KIRAN VUPPALA, :
:
Plaintiff, :
: 19-CV-4246 (JPC) (RWL)
-v- :
: <u>ORDER OF DISMISSAL</u>
TAPESTRY MANAGEMENT LLC et al., :
:
Defendants :
:
-----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

      The Court has been informed that the parties have reached a settlement in principle in this case.  Accordingly, this action is dismissed with prejudice.  In the event that the settlement agreement is not completed and executed, the parties may restore this action to the Court's calendar, provided that the application to restore the action is made within thirty days of this Order.  Any such application filed after thirty days from the date of this Order may be denied solely on that basis.  If the parties wish for the Court to retain jurisdiction for the purposes of enforcing any settlement agreement, they must submit the settlement agreement to the Court by the deadline to reopen to be "so ordered" by the Court.  Pursuant to 3.F of the Court's Individual Rules and Practices for Civil Cases, unless the Court orders otherwise, the Court will not retain jurisdiction to enforce a settlement agreement unless it is made part of the public record.  Any pending motions are moot. All conferences are canceled. The Clerk of Court is respectfully directed to close the case.

      SO ORDERED.

Dated: April 14, 2021　　　　　　　　　　　　　　_____
      New York, New York　　　　　　　　　　　　　　JOHN P. CRONAN
                                                    United States District Judge